2025-2146
===

*United States Court of Appeals
for the Federal Circuit*

_____

ENTROPIC COMMUNICATIONS, LLC,

*Appellant,*

v.

COMCAST CABLE COMMUNICATIONS, LLC,

*Appellee.*

_____

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board, IPR2024-00431

_____

**MOTION TO WITHDRAW AS APPELLEE
COMCAST CABLE COMMUNICATIONS, LLC**

_____

    Frederic M. Meeker
    Paul T. Qualey
    Christopher McKee
    Wesley Jones
    BANNER & WITCOFF, LTD.
    1100 13th Street, NW
    Suite 1200
    Washington, DC 20005
    Telephone: (202) 824-3000

    *Attorneys for Appellee Comcast Cable
    Communications, LLC.*

# CERTIFICATE OF INTEREST

Counsel for Appellee Comcast Cable Communications, LLC certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

    **Comcast Cable Communications, LLC.**

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

    **Comcast Cable Communications Management, LLC.**

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

    **Comcast Corporation.**

4. List all law firms, partners, and associates that (a)appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

    **None/Not Applicable.**

5. Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

    **Yes (see Appellee's Notice of Related Case Information, filed at Dkt. 8).**

6. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

    **None/Not Applicable.**

Dated: January 28, 2026                     /s/ Frederic M. Meeker
                                            Frederic M. Meeker

Appellee Comcast Cable Communications, LLC, respectfully requests to withdraw as an Appellee in this appeal pursuant to a settlement agreement between the parties. Appellant Entropic Communications, LLC, does not oppose Appellee's motion to withdraw from this appeal.

                                                          Respectfully submitted,

Dated: January 28, 2026               /s/ Frederic M. Meeker

                                                          Frederic M. Meeker
                                                          Paul T. Qualey
                                                          Christopher McKee
                                                          Wesley Jones
                                                          BANNER & WITCOFF, LTD.
                                                          1100 13th Street, NW, Suite 1200
                                                          Washington, DC 20005
                                                          (202) 824-3000

# CERTIFICATE OF COMPLIANCE

1.    The foregoing filing complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a) or Federal Circuit Rule 28.1. This brief contains 37 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

2.    This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) or Federal Rule of Federal Circuit Rule 28.1 and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman, 14-point.

Dated: January 28, 2026

/s/ Frederic M. Meeker
Frederic M. Meeker
BANNER & WITCOFF, LTD.
1100 13th Street, NW, Suite 1200
Washington, DC 20005
(202) 824-3000

*Attorney for Appellee*
*Comcast Cable Communications, LLC*