NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**In Re ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*

2025-2146

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00431.

**ON MOTION**

Before MAYER, *Circuit Judge*.

**O R D E R**

Upon consideration of the parties' status update and Comcast Cable Communications, LLC's unopposed motion to withdraw as appellee,

IT IS ORDERED THAT:

(1) The motion is granted, and the official caption and short caption are revised as reflected in this order.

(2) The opening brief is due no later than 60 days from the date of entry of this order

(3) Within 30 days from the date of entry of this order, the United States Patent and Trademark Office (PTO) is directed to inform this court whether it intends to intervene in this appeal.

(4) If the PTO elects to participate as intervenor, its response brief is due no later than 40 days from the date of filing of its notice of intervention or from the date of service of the opening brief, whichever is later.

(5) If the PTO elects not to participate, the appendix shall be due no later than 7 days following the filing of the opening brief or the PTO's filing of its notice of non-participation, whichever is later, and the appeal shall be deemed ready to be assigned to a merits panel.

FOR THE COURT

February 11, 2026
Date

Jarrett B. Perlow
Clerk of Court

cc: United States Patent and Trademark Office