No. 25-2146

# United States Court of Appeals for the Federal Circuit

In Re ENTROPIC COMMUNICATIONS, LLC,
*Appellant*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2024-00431

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center
Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8238

Jason A. Engel
Jared R. Lund
K&L GATES LLP
70 W. Madison Street
Suite 3100
Chicago, IL 60602
Tel: (312) 807-4236

*Counsel for Appellant*

FORM 9. Certificate of InterestForm 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 25-2146

**Short Case Caption** In re: Entropic Communications, LLC

**Filing Party/Entity** Entropic Communications, LLC

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 02/12/2026Signature: /s/ Erik J. Halverson

Name: Erik J. Halverson

FORM 9. Certificate of Interest                                              Form 9 (p. 2)
                                                                              March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Entropic Communications, LLC | | Entropic Holdings LLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest                              Form 9 (p. 3)
                                                              March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable     ☐ Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)     ☐ No     ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable     ☐ Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

Pursuant to Federal Circuit Rule 26(b), Appellant Entropic Communications, LLC ("Appellant") respectfully requests an extension of time to file its Opening Brief. Appellant's Brief is currently due on April 13, 2026. Appellant seeks a thirty-five (35) day extension, until May 18, 2026, to file its Opening Brief. This is Appellant's first request for an extension in this Appeal.  Appellant conferred with counsel for now-withdrawn Appellee Comcast before this Court's order granting the withdrawal; counsel indicated it did not oppose an extension.  Potential intervenor, the United States Patent and Trademark Office, has not yet appeared or indicated it intends to intervene.

Appellant submits that good cause exists for an extension. Appellant requests additional time to accommodate ongoing professional commitments, obligations, and schedules of its counsel, and to provide Appellant with additional time to coordinate and thoroughly prepare its Opening Brief in this appeal.  These include at least the following:

- Opening and reply claim construction briefing in *Welch Allyn, Inc. v. iRhythm Technologies, Inc.* (1:24-cv-00224, District of Delaware);

- Summary judgment briefing in *Entropic Communications, LLC v. DISH Network Corporation et al.* (2:23-cv-01043, Central District of California);

1

- Summary judgment briefing in *Entropic Communications, LLC v. DirecTV, LLC f/k/a DirecTV, Inc. et al*, (2:23-cv-05253, Central District of California);

- Claim construction briefing in *LS Cable & System Ltd. v. Apple Inc.* (3:24-cv-09194, Northern District of California);

- Ongoing appeal briefing in *Entropic Communications, LLC v. DISH Network L.L.C.* (25-2145, Federal Circuit); and

- Multiple depositions due to the close of fact discovery in *Bardy Diagnostics, Inc. v. iRhythm Technologies, Inc.* (1:24-cv-01355, District of Delaware).

For the foregoing reasons, Appellant respectfully requests a 35-day extension, until May 18, 2026, to file its Opening Brief.

3

Dated: February 12, 2026                    Respectfully submitted,

                                           By:   */s/ Erik J. Halverson*
Erik J. Halverson
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8238

Jason A. Engel
Jared R. Lund
K&L GATES LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
Tel: (312) 807-4236

*Counsel for Appellant*
*Entropic Communications, LLC*

No. 25-2146

# United States Court of Appeals for the Federal Circuit

In Re ENTROPIC COMMUNICATIONS, LLC,
*Appellant*

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00431

**DECLARATION OF ERIK J. HALVERSON IN SUPPORT OF APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Pursuant to 28 U.S.C. § 1746, I, Erik J. Halverson, hereby declare as follows:

1.　　I am an attorney duly licensed and admitted to practice before this Court and a member of the law firm of K&L Gates LLP. I am counsel for Appellant Entropic Communications, LLC ("Appellant") in the above-captioned appeal. I have personal knowledge of the facts set forth in this Declaration and if called upon as a witness, I could and would testify to such facts under oath.

2.　　This Declaration is made in support of Appellant's Unopposed Motion for a 35-day Extension of Time to File its Opening Brief.

3.　　Good cause exists for extending the time to file Appellant's Opening Brief. Members of the briefing team have at least the following obligations that, to allow for proper coordination and thorough preparation of its opening brief, warrant a brief extension of 35 days:

- Opening and reply claim construction briefing in *Welch Allyn, Inc. v. iRhythm Technologies, Inc.* (1:24-cv-00224, District of Delaware);

- Summary judgment briefing in *Entropic Communications, LLC v. DISH Network Corporation et al.* (2:23-cv-01043, Central District of California);

- Summary judgment briefing in *Entropic Communications, LLC v. DirecTV, LLC f/k/a DirecTV, Inc. et al*, (2:23-cv-05253, Central District of California);

- Claim construction briefing in *LS Cable & System Ltd. v. Apple Inc.* (3:24-cv-09194, Northern District of California);

- Ongoing appeal briefing in *Entropic Communications, LLC v. DISH Network L.L.C.* (25-2145, Federal Circuit); and

- Multiple depositions due to the close of fact discovery in *Bardy Diagnostics, Inc. v. iRhythm Technologies, Inc.* (1:24-cv-01355, District of Delaware).

4.　　Appellant does not seek any unnecessary delay from the extension requested here, but only to ensure fully developed and appropriate arguments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2026 in San Francisco, California.

*/s/ Erik J. Halverson*
Erik J. Halverson

# **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

1.      This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). Excluding the portions exempted by rule, the motion contains 276 words, as counted by the word-processing software used to prepare it.

2.      This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and has been prepared in a proportionally spaced typeface using Microsoft® Word and 14-point Times New Roman type.

Dated: February 12, 2026              */s/ Erik J. Halverson*
                                          Erik J. Halverson

                                          *Counsel for Appellant*