# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 2025-2146

### In re: ENTROPIC COMMUNICATIONS, LLC,
*Appellant*

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00431.
_____

## NOTICE OF INTERVENTION BY THE UNITED STATES PATENT AND TRADEMARK OFFICE

Pursuant to the Court's Order dated February 11, 2026 (ECF No. 20), the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("Director") respectfully informs the Court that the Director hereby exercises the right under 35 U.S.C. § 143 to intervene in the above-referenced appeal from the decision of the Patent Trial and Appeal Board in the referenced *inter partes* review proceeding.  35 U.S.C. § 143.

The Director respectfully requests that the undersigned counsel be permitted to enter their appearances on behalf of the Director.

Respectfully submitted,

Dated: March 11, 2026

/s/ Omar F. Amin
NICHOLAS T. MATICH
Solicitor

AUSTIN P. MAYRON
Acting Deputy Solicitor

ROBERT J. MCMANUS
Senior IP Legal Counsel

OMAR F. AMIN
PETER J. SAWERT
Associate Solicitors
Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, Virginia 22313-1450
571-272-9035

*Attorneys for the Director of the United States Patent and Trademark Office*