NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENTROPIC COMMUNICATIONS, LLC,**
*Appellant*

**v.**

**JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2025-2146

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00431.

---

**O R D E R**

Upon notification from the Director of the United States Patent and Trademark Office that he intervenes in the above- captioned appeal pursuant to 35 U.S.C. § 143,

IT IS ORDERED THAT:

(1) The Director of the United States Patent and Trademark Office has been added to this appeal as an intervenor.

2                    ENTROPIC COMMUNICATIONS, LLC v. SQUIRES

(2) The revised official caption is reflected in this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

MARCH 12, 2026
Date